QUIN DENVIR, Bar #049374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER TODD MACEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-05361REC |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| CHRISTOPHER TODD MACEDO, | Date: June 20, 2005 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant Christopher Todd Macedo, that the status conference in this matter, now scheduled for May 31, 2005, may be continued to June 20, 2005, at 9:00 a.m. **The date currently set for status conference is May31, 2005.  The requested new date is June 20, 2005, at 9:00 a.m.**

This continuance is requested for the reason that it is anticipated a negotiated settlement will resolve this matter, but additional time is needed for investigation and negotiations to either finalize the agreement or prepare for trial.

///

1  ///

2        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

3  justice, including but not limited to, the need for the period of time set forth herein for effective defense

4  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                  <u>AUSA Montoya has approved of her</u>
                                  <u>electronic signature being placed here</u>

8  DATED: May 25, 2005            By <u>/s/ Laurel J. Montoya</u>
                                    LAUREL J. MONTOYA

                                  QUIN DENVIR
                                  Federal Public Defender

12  DATED: May 25, 2005           By <u>/s/ Eric V. Kersten</u>
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CHRISTOPHER TODD MACEDO

## **O R D E R**

      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May <u>26</u>, 2005           /s/ OLIVER W. WANGER

                                  OLIVER W. WANGER, Judge
                                  United States District Court
                                  Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                3