QUIN DENVIR, Bar #049374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER TODD MACEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:04-cr-05361 OWW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE AND ORDER THEREON |
| ) | |
| CHRISTOPHER TODD MACEDO, ) | Date:  July 5, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant Christopher Todd Macedo, that the status conference in this matter, now scheduled for June 20, 2005, may be continued to July 5, 2005, at 9:00 a.m. **The date currently set for status conference is June 20, 2005.  The requested new date is July 5, 2005, at 9:00 a.m.**

This continuance is requested for the reason that the anticipated plea agreement has not yet been finalized in and additional time is needed to conclude the negotiations and sign the agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///

1  ///

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4                                                          McGREGOR W. SCOTT
                                                           United States Attorney
5
                                                           <u>AUSA Montoya has approved of her</u>
6                                                          <u>electronic signature being placed here</u>

7  DATED: June 16, 2005                     By  /s/ Laurel J. Montoya
                                                           LAUREL J. MONTOYA
8

9                                                          QUIN DENVIR
                                                           Federal Public Defender
10

11 DATED: June 16, 2005                     By  /s/ Eric V. Kersten
                                                           ERIC V. KERSTEN
12                                                         Assistant Federal Defender
                                                           Attorney for Defendant
13                                                         CHRISTOPHER TODD MACEDO

14

15

16

17                                   **O R D E R**

18      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

19 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

20                                                         /s/ OLIVER W. WANGER

21 DATED: June   17  , 2005
                                                           OLIVER W. WANGER, Judge
22                                                         United States District Court
                                                           Eastern District of California

23

24

25

26

27

28

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                    2